# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>PHILLIP WOOD,<br>[DOB: 02/23/1984]<br><br>    Defendant. | Case No. _____<br>**COUNTS ONE AND TWO:**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Per Count of Felony Conviction |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Felon in Possession of a Firearm)*

On or about May 21, 2020, in the Western District of Missouri, the defendant, PHILLIP WOOD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Smith and Wesson, 22 Long rifle CTC, .22 caliber revolver, bearing Serial Number K142547, and said firearm had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
*(Felon in Possession of a Firearm)*

On or about February 4, 2021, in the Western District of Missouri, the defendant, PHILLIP WOOD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Winchester, Model 70, .270 rifle, bearing Serial Number G1965692, and said firearm had been transported in interstate

commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

9/1/2021
Date

/s/ Kathleen Shaw
FOREPERSON OF THE GRAND JURY

/s/ Sean T. Foley
Sean T. Foley
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri